Hon. Orion M. Grove, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opininon filed January 7, 1924.

J. L. Brearton, for appellant. C. G. Elmer, for appellee; Charles E. Stuart, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Frank W. Williams and Albert Shawcross, appellees, v. Dell Garrett, appellant. Gen. No. 7,294.**

Suit for commission for sale of real estate. Judgment for plaintiffs for $218.75. Judgment affirmed by circuit court. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

David D. Madden, for appellant. Garrett, Maynard & Hull, for appellees.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Judd Company, appellant, v. L. J. Wilhelm, appellee. Gen. No. 7,213.**

Suit for amount deducted by defendant from account due from him to plaintiff, said deduction alleged to have been made by agreement with plaintiff's agent. Appeal from the County Court of Will county; the Hon. George J. Cowing, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed January 7, 1924.

Faulkner & Faulkner, for appellant. Pence B. Orr and Frank G. Brumund, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Samuel Hoge, administrator of the estate of Joshua Hoge, deceased, appellee, v. James C. Barr, appellant. Gen. No. 7,242.**

Judgment by confession for $1,727.78. Motion to vacate and tender of $1,518.40. Motion by plaintiff to reduce judgment by $63.68. Petition by defendant to set aside judgment. Plaintiff's motion allowed. Remission of $25 by plaintiff. Renewed tender of $1,518.40 by defendant, and motion to set aside judgment renewed. Motion denied. Appeal from the Circuit Court of Grundy county; the Hon. S. C. Stough, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded with directions. Opinion filed January 7, 1924.

Frank H. Hayes, for appellant. H. B. Smith, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Frank Vanella and Graceffo Meggorini, plaintiffs in error. Gen. No. 7,247.**

Charge of unlawfully manufacturing and possessing intoxicating liquor, and of operating and possessing a still. Defendants found guilty and sentenced. Error to the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 7, 1924.

Fisher, North, Welsh & Linscott, for plaintiffs in error. William Johnson, State's Attorney, and A. B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.